No. 44345.—Protest 757862–G of W. Doshim (Boston).

Opinion by KEEFE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.